■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ARROYO, Appellant. [658 NYS2d 962] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered December 6, 1994, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Under the circumstances of this case, the People's delay in disclosing *Brady* material does not warrant reversal of the judgment of conviction. "[A] defendant's constitutional right to a fair trial is not violated when, as here, he is given a meaningful opportunity to use the allegedly exculpatory material * * * as evidence during his case" (*People v Cortijo,* 70 NY2d 868, 870; *People v Jagopat,* 216 AD2d 583; *People v White,* 178 AD2d 674, 675; *People v Bolling,* 157 AD2d 733, 734).

The defendant's remaining contention is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Nuccie,* 57 NY2d 818, 819), and, in any event, is without merit. Rosenblatt, J. P., Thompson, Pizzuto and Friedmann, JJ., concur.